No. D–1557. IN RE DISBARMENT OF HILGENDORF. It is ordered that George M. Hilgendorf, of Fort Collins, Colo., be suspended from the practice of law in this Court and that a rule

issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.